# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-2437
_____

David Earl Wattleton

*Plaintiff - Appellant*

v.

Tanya Hodge, Trust Fund Administrator, Federal Medical Center Rochester

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: March 18, 2020
Filed: March 23, 2020
[Unpublished]

_____

Before GRUENDER, BEAM, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

David Wattleton appeals the district court's[1] order dismissing his pro se civil rights complaint and denying him leave to amend his complaint. Upon careful de novo review, we conclude the district properly dismissed Wattleton's complaint for failure to state a claim. *See Plymouth Cty. v. Merscorp, Inc.*, 774 F.3d 1155, 1158 (8th Cir. 2014) (standard of review). We also conclude the district court properly denied Wattleton leave to amend his complaint because his proposed new claims were meritless. *See Popoalii v. Corr. Med. Servs.*, 512 F.3d 488, 497 (8th Cir. 2008) (explaining that a court may deny a motion to amend when amendment would be futile). Accordingly, we affirm. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Becky R. Thorson, United States Magistrate Judge for the District of Minnesota.